**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 06-6491

———————————

JERRY BROWN,

Plaintiff - Appellant,

versus

L. OLIVENCIA-FONT, Doctor at Lieber
Correctional Institution; EDSEL T. TAYLOR,
MacDougall Warden; SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Henry M. Herlong, Jr., District
Judge. (9:05-cv-01615-HMH)

———————————

Submitted: November 15, 2006      Decided: November 20, 2006

———————————

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jerry Brown, Appellant Pro Se. Norma Anne Turner Jett, NESS, JETT
& TANNER, Bamberg, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motion for a temporary restraining order and affirm for the reasons stated by the district court. <u>Brown v. Olivencia-Font</u>, No. 9:05-cv-01615-HMH (D.S.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>